**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 07-cr-00445-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    SUSANA OSNAYA,

    Defendant.

---

**ORDER**

---

THIS MATTER coming before the Court upon motion of the government to dismiss the Indictment, and the Court having considered the same,

IT IS HEREBY ORDERED the Indictment is dismissed this ___23rd___ day of May, 2008.

                BY THE COURT:

                ___s/Lewis T. Babcock___
                Lewis T. Babcock, Judge